THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Kenneth Marcell
 Wingate, Appellant,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal From Darlington County
 J. Michael Baxley, Circuit Court Judge
Unpublished Opinion No. 2008-UP-136
Submitted March 3, 2008  Filed March 4,
 2008

 
 
 
 Kenneth Marcell Wingate, of Bennettsville, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Karen C. Ratigan, all of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Kenneth Marcell Wingate appeals the dismissal of his petition for writ of
 habeas corpus.  We affirm pursuant to Rule 220, SCACR, and the following authorities: 1) State v. Gentry,
 363 S.C. 93, 610 S.E.2d 494 (2005) (explaining that challenging the sufficiency
 of an indictment does not raise the issue of subject matter jurisdiction); 2) Al-Shabazz
 v. State, 338 S.C. 354, 365, 527 S.E.2d 742, 748 (2000) (holding any matter
 cognizable under the PCR Act must be raised in a PCR action and may not be
 raised by a petition for writ of habeas corpus); & 3) Keeler v. Mauney,
 330 S.C. 568, 571, 500 S.E.2d 123, 124 (Ct. App. 1998) (holding if a petitioner
 is procedurally barred, his only means of obtaining State habeas corpus relief
 is to file a petition in the original jurisdiction of the Supreme Court). 
 Accordingly, the order on appeal is
AFFIRMED.[1] 
ANDERSON, SHORT, and
 THOMAS JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.